# United States District Court
## For The Western District of North Carolina
## Statesville Division

ALPHONSO RAVON MORRISON,

    Plaintiff(s),       JUDGMENT IN A CIVIL CASE

vs.      CASE NO. 5:05CV285-2-V

UNITED STATES OF AMERICA,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 10, 2006, Order.

Signed: February 13, 2006

Frank G. Johns, Clerk
United States District Court